UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ADAMS,<br><br>   Plaintiff,<br><br> v.<br><br>TOYS 'R' US - DELAWARE, INC.,<br><br>   Defendant. | Case No. 14-cv-05550-MEJ<br><br>**INITIAL CASE MANAGEMENT ORDER** |

Having reviewed the parties Joint Rule 26(f) Report (Dkt. No. 16), the Court VACATES the March 26, 2015 Case Management Conference and ORDERS as follows:

1. <u>Amendment of Pleadings</u>

The deadline for amending the pleadings is May 1, 2015.

2. <u>Discovery</u>

Discovery shall be bifurcated, with initial discovery limited to issues regarding class certification. For all discovery disputes, including those addressed in the parties' Report, the parties must comply with the undersigned's Discovery Standing Order.

3. <u>Class Certification Schedule</u>

Plaintiff's class certification motion is due September 24, 2015, with a hearing on October 29, 2015 at 10:00 a.m. in Courtroom B. All briefing shall be in compliance with Civil Local Rule 7. If necessary, these deadlines may be continued for good cause shown.

4. <u>ADR</u>

Unless both parties agree that it would be beneficial to attend mediation earlier, ADR is deferred until after ruling on the class certification motion.

**IT IS SO ORDERED.**

Dated: March 19, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge