Mia Farber (State Bar No. 131467)
Adam Y. Siegel (State Bar No. 238568)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
E-mails: farberm@jacksonlewis.com
sigela@jacksonlewis.com

Douglas G.A. Johnston (State Bar No. 268880)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: douglas.johnston@jacksonlewis.com

Attorneys for Defendant
TOYS 'R' US - DELAWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ADAMS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOYS 'R' US-DELAWARE, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:14-cv-05550-MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER OF DISMISSAL [FRCP Rule 41(a)(1)(A)(ii)]**<br><br>Complaint Filed: 11/12/2014<br>Removal Filed: 12/19/2014<br>Trial Date: None Set |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant Toys 'R' Us-Delaware, Inc., and Plaintiff Charlene Adams, by and through her undersigned counsel of record, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff dismisses with prejudice all of her individual claims and dismisses without prejudice all class claims. All costs of this action are waived by both Parties.

///

---

1
STIPULATION OF DISMISSAL WITH PREJUDICE;
ORDER OF DISMISSAL [FRCP Rule 41(a)(1)(A)(ii)]    Case No. 3:14-cv-05550-MEJ

| | |
|---|---|
| Dated: June 10, 2015 | MICHAEL MALK, ESQ.<br>A PROFESSIONAL CORPORATION<br><br>By: _[signature]_____<br>Michael Malk<br>Attorneys for Plaintiff<br>CHARLENE ADAMS |
| Dated: June 24, 2015 | JACKSON LEWIS P.C.<br><br>By: /s/ Douglas G.A. Johnston_____<br>Mia Farber<br>Adam Y. Siegel<br>Douglas G.A. Johnston<br>Attorneys for Defendant<br>TOYS 'R' US - DELAWARE, INC. |

IT IS SO ORDERED:

_____
The Honorable Maria Elena-James
U.S. Magistrate Judge

4836-5165-1620, v. 1